1  **STUTZ ARTIANO SHINOFF & HOLTZ**
   *A Professional Corporation*
2  Ray J. Artiano, Esq. (State Bar No. 88916)
   Ljubiša Kostić, Esq. (State Bar No. 226668)
3  Richard E. Romero, Esq. (State Bar No. 247056)
   2488 Historic Decatur Road, Suite 200
4  San Diego, CA 92106-6113
   Tel: (619) 232-3122
5  Fax: (619) 232-3264

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUTZ ARTIANO SHINOFF & HOLTZ, APC,<br><br>Plaintiff,<br><br>v.<br><br>MAURA LARKINS, and DOES 1-100, inclusive<br><br>Defendant. | Case No. 07cv2202-WQH (WMc)<br><br>Judge: William McCurine, Jr.<br>Ctrm: C<br><br>**NOTICE OF APPEARANCE**<br><br>COMPLAINT FILED: 10/05/07<br>TRIAL DATE: None Set |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ray J. Artiano, Esq. of the law offices of Stutz Artiano Shinoff & Holtz, A.P.C., located at 2488 Historic Decatur Road, Suite 200, San Diego, California 92106, telephone (619) 232-3122, facsimile (619) 232-3264, email rartiano@stutzartiano.com hereby appears as counsel of record for Plaintiff, STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C. along with Ljubiša Kostić, Esq., email lkostic@stutzartiano.com, and Richard E. Romero, Esq., email rromero@stutzartiano.com in the above-captioned litigation.

///
///
///
///

1

1  All future pleadings, correspondence or other inquiries regarding this matter should be
2  addressed to Ray J. Artiano, Ljubiša Kostić and Richard E. Romero as attorneys of record for
3  Plaintiff, STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C..
4  RESPECTFULLY SUBMITTED:
5  DATED: December 19, 2007          STUTZ ARTIANO SHINOFF & HOLTZ
                                     *A Professional Corporation*

                                     By:    s/ Richard E. Romero
                                            Ray J. Artiano
                                            Ljubiša Kostić
                                            Richard E. Romero
                                     Attorneys for Plaintiff STUTZ ARTIANO
                                     SHINOFF & HOLTZ, APC

                                            email: rromero@stutzartiano.com

2

@PFDesktop\::ODMA/WORLDOX/G:/DATA/7011/4/PL/S7027353.WPD                    07cv2202-WQH (WMc)

PROOF OF SERVICE
(State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106-6113.

On December 19, 2007, I served the following document(s):

**NOTICE OF APPEARANCE**

☒ BY OVERNIGHT COURIER by depositing in the facility regularly maintained by OVERNIGHT EXPRESS at 2488 Historic Decatur Road, San Diego, California 92106, a true copy thereof in a sealed envelope with delivery fees fully provided for and addressed as follows:

Maura Larkins
1935 Autocross Court
El Cajon, CA 92019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2007

LINDA L. MOORE

3

07cv2202-WQH (WMc)