1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

STUTZ, ARTIANO, SHINHOFF & HOLTZ, APC,

CASE NO. 07cv2202-WQH (WMc)

12

Plaintiff,

ORDER AFTER EARLY NEUTRAL EVALUATION CONFERENCE

13

vs.

14

MAURA LARKINS, et. al., ,

15

Defendant.

16
17

On January 9, 2008, the Court held an Early Neutral Evaluation Conference in the above

18

captioned case.  Participating were Ray Artiano, Esq. (counsel for plaintiff), and Maura Larkins

19

(defendant).  No settlement was reached.  Therefore, the Court issues the following Order:

20

1. No further settlement conferences shall be scheduled pending the outcome of Plaintiff's

21

motion to remand unless specifically requested by the parties.

22

2. All discovery is stayed until after District Judge Hayes issues a ruling on Plaintiff's motion

23

to remand.

24

IT IS SO ORDERED.

DATED:  January 15, 2008

25
26

_____

27

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cv2202-WQH (WMc)