Stutz, Artiano, Shinoff & Holtz v. Maura Larkins

List of Exhibits

| | |
|---|---|
| Exhibit 1 | Larkins v. Schulman complaint |
| Exhibit 2 | Larkins v. Garvin and Carlson complaint |
| Exhibit 3 | Larkins v. California Teachers Association complaint |
| Exhibit 4 | Deposition of Ray Artiano |
| Exhibit 5 | mauralarkins.com web page re Stutz, Artiano, Shinoff & Holtz |
| Exhibit 6 | mauralarkins.com web page re Deborah Garvin |
| Exhibit 7 | mauralarkins.com web page re Linda Watson's accusations |
| Exhibit 8 | mauralarkins.com web page re violation of Labor Code 432.7 |
| Exhibit 9 | mauralarkins.com web page re OAH hearing |
| Exhibit 10 | mauralarkins.com web page re Richard Werlin, Asst. Supt. of CVESD |
| Exhibit 11 | mauralarkins.com web page re Full Evidentiary Hearing Denied |
| Exhibit 12 | mauralarkins.com web page re CVESD violation of Labor Code 2202.5 |
| Exhibit 13 | mauralarkins.com web page re guns and violence |
| Exhibit 14 | mauralarkins.com web page re Richard Werlin prepared the ground |
| Exhibit 15 | mauralarkins.com web page re the Commission misconstrued the law |
| Exhibit 16 | mauralarkins.com web page re Jo Ellen Hamilton testimony |