# EXHIBIT 2

1  MAURA LARKINS
   1935 Autocross Court
2  El Cajon, CA 92019
   Plaintiff in pro per

GIE034328                2005 SEP 22  PM 2: 52

3

4

5

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SAN DIEGO

10 MAURA LARKINS,                    ) Case No.
11         Plaintiff,                ) Judge:
                                     ) Dept:
12         vs.                       ) Hearing date:
                                     )
13 MICHAEL CARLSON,                  ) COMPLAINT FOR DAMAGES
   DEBORAH K. GARVIN                 ) AND OTHER RELIEF:
14 and DOES 1 through 10, inclusive, ) VIOLATION OF PENAL CODE
15         Defendants.               ) SECTION 127 (SUBORNATION
                                     ) OF PERJURY); CONSPIRACY
16                                   )
17                                   )
                                     ) COMPLAINT FILED:
18 _____  ) TRIAL DATE: NOT SET

19

20 Plaintiff alleges:

21                        **GENERAL ALLEGATIONS**

22     1. Plaintiff MAURA LARKINS is now, and at all times mentioned in this

23 complaint was, a resident of San Diego County, California.  Plaintiff was employed as a

24 teacher in Chula Vista Elementary School District from September 1974 until February

25 2003, and is now retired.

26

27

28
                                    1
                        COMPLAINT FOR DAMAGES

2. MICHAEL CARLSON is now, and at all times mentioned in this complaint was, a resident of Kern County, California.

3. DEBORAH K. GARVIN is now, and at all times mentioned in this complaint was, an attorney practicing in San Diego County, California and a resident of San Diego County, California.

4. The true names of defendants DOES 1 through 10, inclusive, are unknown to plaintiff at this time. Plaintiff sues those defendants by such fictitious names pursuant to section 474 of the Code of Civil Procedure. Plaintiff is informed and believes, and based on that information and belief alleges, that each of the defendants designated as a DOE is legally responsible for the events and happenings referred to in this complaint, and unlawfully caused the injuries and damages to plaintiff alleged in this complaint.

### FIRST CAUSE OF ACTION

### VIOLATION OF PENAL CODE SECTION 127

### AS TO DEFENDANTS CARLSON AND GARVIN

5. Plaintiff realleges and incorporates Paragraphs 1, 2, 3 and 4 of the General Allegations as though fully set forth herein.

6. On or about September 23, 2004, CARLSON and GARVIN, knowing that they were suborning perjury, did intentionally prepare a false declaration (Exhibit 1) to be signed under penalty of perjury by Sam Gross and be filed in San Diego Superior Court case number GIC781970.

7. On or about September 23, 2004, CARLSON and GARVIN asked Sam Gross to fax to GARVIN's office two audits which Mr. Gross had conducted at

2

COMPLAINT FOR DAMAGES

1    their request.  Mr. Gross faxed the requested documents on or about September 23,

2    2003,

3        8. CARLSON and GARVIN asked Mr. Sam Gross of Kern County,

4    California, to perform and print out audits of all CLETS (California Law

5    Enforcement Telecommunications System) searches for "Maura" **and** "Larkins" in

6    2000 and 2001.  (Bolding and underlining added.)  CARLSON and GARVIN knew

7    that CARLSON had searched CLETS in 2000/2001 separately for each of the terms

8    "Maura," "Larkins," and that CARLSON's searches would not show up in the audit

9    if the audit were conducted as they requested.

10

11       9.  Knowing that they were designing a false document with a hoax exhibit,

12   CARLSON and GARVIN prepared a declaration that stated *that no one had*

13   *searched for "Maura" or 'Larkins" in 2000 or 2001.*  A later audit by Mr. Gross

14   revealed that there were eight searches for "Maura" or "Larkins" in 2000 and 2001,

15   but the identity of the person(s) who conducted those eight searches have not yet

16   been revealed to Plaintiff.  Since GARVIN and CARLSON asked Mr. Gross to

17   create a document showing that there were no searches, when there were actually

18   eight such searches, it appears extremely likely that the legitimate audit results

19   show CARLSON as conducting some or all of the eight searches.

20

21       10.  The false declaration prepared by CARLSON and GARVIN was signed

22   by Sam Gross on September 27, 2004. The act of perjury suborned by GARVIN

23   and CARLSON was committed on or about September 27, 2006, when Sam Gross

24   signed the declaration.

25

26

27

28

COMPLAINT FOR DAMAGES

11. The declaration was filed in San Diego Superior Court and served by Andrew Chivinski on or about September 28, 2004 (Exhibit 1).

12. GARVIN prepared a declaration identical to the first one, but she attached the words "AMENDED TO ATTACH EXHIBITS," and attached the audits, which she had forgotten to attach to the original declaration (Exhibit 2).

13. This amended declaration (Exhibit 2) was filed in San Diego Superior Court and served on or about September 29, 2004 (Exhibit 2).

14. Commander Sam Gross of the Santa Barbara Sheriff's Department has stated, both in a letter (Exhibit 3) and in his November 17, 2004 deposition, that the declaration prepared by GARVIN on behalf of CARLSON *is false.*

15. The fact that CARLSON did not find a CLETS record for Plaintiff was not for lack of trying. There is no record of Plaintiff on CLETS, according to Mr. Gross. However, CARLSON continued to make illegal searches of law enforcement records until he found a false accusation by Kathleen Elton to San Diego police, which accusation was made in an effort to help Elton's ex-husband gain control of Maura Larkins' inheritance. Plaintiff's suit against Kathleen Elton for filing a false police report was settled in Plaintiff's favor for approximately $75,000.

16. CARLSON illegally provided the police record of Kathleen Elton's false allegations to his sister, Robin Donlan, who used it to get Plaintiff fired. This was the reason for Superior Court Case number GIC 781970.

17. Defendants' conduct as alleged in this cause of action constitutes an unlawful act in violation of Penal Code section 127, which states, "Every person who willfully procures another person to commit **perjury** is guilty of subornation

4

of **perjury**, and is punishable in the same manner as he would be if personally

guilty of the perjury so procured."

18. CARLSON AND/OR GARVIN committed the above-described violation of

Penal Code Section 127 in order to harm Plaintiff in her lawsuit, in her financial

condition, and in her reputation.

19. The above-described violation of Penal Code section 127 was committed

with malice in that it was committed with hatred and ill will toward the plaintiff, and

with the desire to harm, vex, harass and annoy her, and with the desire to injure her in

her financial condition and employment, and in conscious disregard of plaintiff's rights,

and in the knowledge that the action was illegal.  Due to defendant's malice in

publishing, plaintiff seeks punitive damages in a total amount to be established by proof

at trial.

20.  As a proximate result of defendant's conduct as described in this cause of

action, Plaintiff has suffered and continues to suffer humiliation, embarrassment, and

discomfort, and substantial financial losses, in an amount to be proven at trial.

## SECOND CAUSE OF ACTION

## CONSPIRACY TO VIOLATE PENAL CODE SECTION 127

## AS TO DEFENDANTS CARLSON AND GARVIN

21.  Plaintiff realleges and incorporates Paragraphs 1, 2, 3 and 4 of the General

Allegations as though fully set forth herein.

22.  On or about September 23, 2004, CARLSON and GARVIN, and each of

them, knowingly and willfully conspired and agreed among themselves that they would

suborn the perjury of Santa Barbara Sheriff's Department Commander Sam Gross by

5

preparing a false declaration for San Diego Superior Court case number GIC 781970,

sending it to Mr. Gross, and asking Mr. Gross to sign it under penalty of perjury.

23. CARLSON and GARVIN, each acting individually and giving

encouragement, collaboration, and assistance to the other, conspired to suborn perjury

against plaintiff by causing witness Sam Gross to commit perjury in San Diego Superior

Court case number GIC 781970 by signing a false declaration (Exhibit 1).

24. The conspiracy was committed with malice in that it was committed with

hatred and ill will toward the plaintiff, and with the desire to harm, vex, harass and

annoy her, and with the desire to injure her in her financial condition, and in conscious

disregard of plaintiff's rights, in the knowledge that the publication was false or with

reckless disregard for its falsity. Due to defendant's malice in publishing, plaintiff seeks

punitive damages in a total amount to be established by proof at trial.

25. Defendants CARLSON and GARVIN, and each of them, did the acts and

things herein alleged pursuant to, and in furtherance of, the conspiracy and above-

alleged agreement.

26. Defendants CARLSON and GARVIN, and each of them, furthered the

conspiracy by cooperation with and lending aid and encouragement to each other, in that

they agreed that CARLSON and/or GARVIN would ask Sam Gross to have an audit

conducted for searches for "Maura and Larkins," and then GARVIN would prepare a

false declaration for Sam Gross to sign under penalty of perjury, which declaration

would say that the audit had looked for searches of "Maura" or "Larkins." CARLSON

agreed to pay Garvin for suborning Sam Gross's perjury.

6

COMPLAINT FOR DAMAGES

27. GARVIN faxed and/or mailed the false declaration to Sam Gross on or about September 23, 2004. Sam Gross faxed the two records of CLETS audits which GARVIN and/or CARLSON had requested on or about September 23, 2004. Sam Gross faxed the signed declaration to GARVIN on or about September 27, 2004. GARVIN, on behalf of CARLSON, caused the perjured declaration to be filed in San Diego Superior Court, and served on parties, on or about September 28, 2004, and again on or about September 29, 2004.

28 . As a proximate result of the above-described conspiracy plaintiff has suffered and continues to suffer humiliation, embarrassment, and discomfort, and substantial financial losses, in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff requests judgment from defendants in the above causes of action as follows:

1.    General damages according to proof.

2.    Actual damages according to proof;

3.    Special damages according to proof;

4.    Punitive damages in an amount sufficient to punish defendant and to deter similar conduct;

5.    Compensation for pain and suffering;

6.    Cost of suit;

7.    That the court order defendants to apologize to Judge Nevitt and the San Diego Superior Court for perpetrating a fraud on the court;

COMPLAINT FOR DAMAGES

8.    Such further relief as the court deems proper.

September 22, 2006         _____ *Maura Larkins*

MAURA LARKINS

VERIFICATION

I, MAURA LARKINS, am the plaintiff in the above-entitled action. I have read

the foregoing complaint for violations of California Penal Code Section 127, and

conspiracy, and know its contents. The same is true of my own knowledge, except as to

those matters which are alleged on information and belief, and as to those matters, I

believe it to be true.

I declare under penalty of perjury under the laws of the State of California that

the foregoing is true and correct.

September 22, 2006         _____ *Maura Larkins*

MAURA LARKINS

8

COMPLAINT FOR DAMAGES

# EXHIBIT 1

1  John P. McCormick, Esq., SBN 38064
   Deborah K. Garvin, Esq., SBN 145390
2  McCORMICK & MITCHELL
   625 Broadway, Suite 1400
3  San Diego, CA 92101
   Phone: (619) 235-8444
4  Fax: (619) 235-9432

5  Attorneys for Defendant Michael Carlson

6

7

8              SUPERIOR COURT OF CALIFORNIA

9          IN AND FOR THE COUNTY OF SAN DIEGO

10  MAURA LARKINS,                    ) CASE NO. GIC 781970
                                      )
11                     Plaintiff,     )
                                      )
12  vs.                              ) **DECLARATION OF COMMANDER SAM**
                                      ) **GROSS IN SUPPORT OF MOTION**
13                                    ) **FOR SUMMARY JUDGMENT, OR IN**
    CHULA VISTA ELEMENTARY SCHOOL     ) **THE ALTERNATIVE, SUMMARY**
14  DISTRICT, a California public     ) **ADJUDICATION OF ISSUES**
    entity, CHULA VISTA ELEMENTARY    )
15  EDUCATION ASSOCIATION, a          )
    California labor organization;    )
16  RICHARD T. WERLIN, VIRGINIA       )
    BOYD, TIM O'NEILL; ROBIN          )
17  COLLS, MICHAEL CARLSON, LINDA     )
    M. WATSON, GRETCHEN               ) DATE: December 17, 2004
18  DONNDELINGER, and DOES 1          ) TIME: 1:30 PM
    through 50, inclusive,            ) DEPT.: 64
19                                    ) JUDGE: William R. Nevitt, Jr.
                       Defendants.    )
20  ─────────────────────────────────  TRIAL DATE: February 18, 2005

21  I, Sam Gross, say:

22       1.   I have personal knowledge of the matters stated herein

23  and if called upon to testify regarding them in a court of law

24  could do so competently.

25       2.   I am employed as a Sheriff's Commander within the

26  Information Services Division of the County of Santa Barbara

27  Sheriff's Department.   I have worked as a Deputy Sheriff for the

28  County of Santa Barbara for the past thirty-three (33) years.  For

                         -1-

1  the last seven (7) of those years I have served as a Sheriff's

2  Commander.

3      5.  On October 7, 2003, Deputy Sheriff Michael Carlson

4  advised me that he was the subject of a civil lawsuit filed in San

5  Diego County wherein it was alleged that he had used his status as

6  a peace officer to access the criminal records information of an

7  individual named Maura Larkins in or about September of 2000.

8      6.  During the time period of September of 2000, the Santa

9  Barbara Police Department was in charge of managing the message

10 switch for the local access point to the California Law Enforcement

11 Telecommunications System (CLETS), which contains the criminal

12 records information of individuals within the state of California.

13     7.  Based upon the information provided me by Deputy Carlson,

14 I contacted Christine Nail, the Information Technology Manager for

15 the Santa Barbara Police Department and requested that an audit be

16 performed of the Santa Barbara Police Department Journal System to

17 determine if anyone, specifically Carlson, had accessed the CLETS

18 for criminal records of Maura Larkins for the time period of

19 January 1, 2000 through December 31, 2000 and January 1, 2001

20 through December 31, 2001.

21     8.  I have received the results of the audit from the Santa

22 Barbara County Police Department.  True and correct copies of the

23 results of the above referenced audits are attached hereto as

24 "Exhibit A".

25     9.  Based upon my knowledge and experience I am able to

26 interpret the results of the audit.  The audit results indicate

27 that the terms "larkins" and "maura" were entered into the Santa

28 Barbara Police Department Journal System to determine whether any

-2-

DECLARATION OF SAM GROSS

1  information pertaining to those terms was accessed or attempted to

2  be accessed during the time periods indicated above.

3      10.   The results of the audit further indicate that no

4  information pertaining to "larkins" or "maura" was accessed or

5  attempted to be accessed by anyone during the time periods

6  indicated above, which includes the time periods indicated by Maura

7  Larkins in her complaint against Deputy Carlson.

8      I declare under penalty of perjury the foregoing is true and

9  correct.  Executed this _27_ day of September 2004 in _Santa Barbara_

10  _California.

11

12                                    Sam Cross

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Larkins v.  Chula Vista Elementary School District, et al.</u>
SAN DIEGO SUPERIOR COURT CASE NO. GIC 781970

**PROOF OF SERVICE**

I, Andrew Chivinski, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of San Diego, California, where the service occurs; and my business address is 625 Broadway, Suite 1400, San Diego, California 92101.

On September 28, 2004, I served the following document(s):

**DEFENDANT MICHAEL CARLSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES.**

**DEFENDANT MICHAEL CARLSON'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**DECLARATION OF MICHAEL CARLSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**DECLARATION OF COMMANDER SAM GROSS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**DECLARATION OF DEBORAH K. GARVIN IN SUPPORT OF DEFENDANT MICHAEL CARLSON'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**DEFENDANT MICHAEL CARLSON'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

**NOTICE OF LODGEMENT OF EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL CARLSON'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** (and exhibits "A" and "B" thereto)

on:

| | |
|---|---|
| **Plaintiff in pro per**<br>Maura Larkins<br>1935 Autocross Court<br>El Cajon, CA 92019<br>Tel: (619) 660-6955<br>Fax: (619) 444-0065 | **Attorneys for Robin Colls**<br>Stutz, Artiano, Shinoff & Holtz<br>Daniel R. Shinoff, Esq.<br>Jeffery A. Morris Esq.<br>Kelly R. Angell, Esq.<br>15th Floor, First National Bank Building |
| **Attorney for Union Defendants (CVEEA, CTA, BOYD & O'NEIL)**<br>Michael Hersch, Esq.<br>California Teachers Association<br>Legal Dept<br>11745 East Telegraph Road<br>PO Box 2153<br>Santa Fe Springs, CA 90670<br>Tel:  562 942 7979 | 401 West "A" Street<br>San Diego, CA 92101<br>Tel: (619) 232-3122<br>Fax: (619) 232-3264 |

# EXHIBIT 2

John P. McCormick, Esq., SBN 38064
Deborah K. Garvin, Esq., SBN 145390
McCORMICK & MITCHELL
625 Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 235-8444
Fax: (619) 235-9432

Attorneys for Defendant Michael Carlson

## SUPERIOR COURT OF CALIFORNIA

### IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MAURA LARKINS, | ) CASE NO. GIC 781970 |
| Plaintiff, | ) |
| vs. | ) **AMENDED DECLARATION OF** |
| | ) **COMMANDER SAM GROSS IN** |
| | ) **SUPPORT OF MOTION FOR SUMMARY** |
| CHULA VISTA ELEMENTARY SCHOOL | ) **JUDGMENT, OR IN THE** |
| DISTRICT, a California public | ) **ALTERNATIVE, SUMMARY** |
| entity, CHULA VISTA ELEMENTARY | ) **ADJUDICATION OF ISSUES (TO** |
| EDUCATION ASSOCIATION, a | ) **ATTACH EXHIBITS)** |
| California labor organization; | ) |
| RICHARD T. WERLIN, VIRGINIA | ) |
| BOYD, TIM O'NEILL; ROBIN | ) |
| COLLS, MICHAEL CARLSON, LINDA | ) |
| M. WATSON, GRETCHEN | ) DATE: December 17, 2004 |
| DONNDELINGER, and DOES 1 | ) TIME: 1:30 PM |
| through 50, inclusive, | ) DEPT.: 64 |
| | ) JUDGE: William R. Nevitt, Jr. |
| Defendants. | ) |
| | TRIAL DATE: February 18, 2005 |

I, Sam Gross, say:

    1.   I have personal knowledge of the matters stated herein and if called upon to testify regarding them in a court of law could do so competently.

    2.   I am employed as a Sheriff's Commander within the Information Services Division of the County of Santa Barbara Sheriff's Department.  I have worked as a Deputy Sheriff for the County of Santa Barbara for the past thirty-three (33) years.  For

-1-
DECLARATION OF SAM GROSS

the last seven (7) of those years I have served as a Sheriff's Commander.

5. On October 7, 2003, Deputy Sheriff Michael Carlson advised me that he was the subject of a civil lawsuit filed in San Diego County wherein it was alleged that he had used his status as a peace officer to access the criminal records information of an individual named Maura Larkins in or about September of 2000.

6. During the time period of September of 2000, the Santa Barbara Police Department was in charge of managing the message switch for the local access point to the California Law Enforcement Telecommunications System (CLETS), which contains the criminal records information of individuals within the state of California.

7. Based upon the information provided me by Deputy Carlson, I contacted Christine Nail, the Information Technology Manager for the Santa Barbara Police Department and requested that an audit be performed of the Santa Barbara Police Department Journal System to determine if anyone, specifically Carlson, had accessed the CLETS for criminal records of Maura Larkins for the time period of January 1, 2000 through December 31, 2000 and January 1, 2001 through December 31, 2001.

8. I have received the results of the audit from the Santa Barbara County Police Department. True and correct copies of the results of the above referenced audits are attached hereto as "Exhibit A".

9. Based upon my knowledge and experience I am able to interpret the results of the audit. The audit results indicate that the terms "larkins" and "maura" were entered into the Santa Barbara Police Department Journal System to determine whether any

09/23/2004  11:27    2359432          MCCORMICK MITCHELL                    PAGE  24

1  information pertaining to those terms was accessed or attempted to

2  be accessed during the time periods indicated above.

3      10.    The results of the audit further indicate that no

4  information pertaining to "larkins" or "maura" was accessed or

5  attempted to be accessed by anyone during the time periods

6  indicated above, which includes the time periods indicated by Maura

7  Larkins in her complaint against Deputy Carlson.

8      I declare under penalty of perjury the foregoing is true and

9  correct.  Executed this _27_ day of September 2004 in _Santa Barbara_

10  __California.



Sam Cross

-3-



SEP.-23'04(THU) 09:43    SANTA BARB. SHERIFF    TEL:805 681 4322    P. 003

---

*Santa Barbara Police Department Journal System*

**Message Selection Criteria:**
**Start:** 01/01/2000  00:00          **Finish:** 12/31/2000  23:59
**Use Full Time Range**
**Message Direction:** Sent -OR- Received
**Match Case:** OFF
**Message Types:**
    CLETS EMERGENCY
    CLETS ADMIN
    CLETS ERROR
    CLETS DB INQUIRY
    CLETS DB RESPONSE
    GENERAL TYPE
**Message Types:**
    ALL
    CLETS ADMIN
    CLETS ERROR
    CLETS DB INQUIRY
    CLETS DB RESPONSE
    GENERAL TYPE
**Mnemonics:**
**Names:**
**Case Numbers:**
**User IDs:**
**Strings:**
    "larkins" and "maura"
**Custom Info:**

No messages found.

*Santa Barbara Police Department Journal System*
_____
**Message Selection Criteria:**
**Start:** 01/01/2001 00:00          **Finish:** 12/31/2001 23:59
**Use Full Time Range**
**Message Direction:** Sent -OR- Received
**Match Case:** OFF
**Message Types:**
      CLETS EMERGENCY
      CLETS ADMIN
      CLETS ERROR
      CLETS DB INQUIRY
      CLETS DB RESPONSE
      GENERAL TYPE
**Message Types:**
      ALL
      CLETS ADMIN
      CLETS ERROR
      CLETS DB INQUIRY
      CLETS DB RESPONSE
      GENERAL TYPE
**Mnemonics:**
**Names:**
**Case Numbers:**
**User IDs:**
**Strings:**
      "larkins" and "maura"
**Custon Info:**
_____
No messages found.

# EXHIBIT 3



# Office of the Sheriff

## SANTA BARBARA COUNTY

**HEADQUARTERS**
P.O. Box 6427 • 4434 Calle Real • Santa Barbara, California 93160
Phone (805) 681-4100 • Fax: (805) 681-4322

**JIM ANDERSON**
Sheriff-Coroner

**KENNETH R. SHEMWELL**
Undersheriff

**STATIONS**

**Buellton**
140 W. Highway 246
Buellton, CA 93427
Phone (805) 686-8150

**Carpinteria**
5775 Carpinteria Avenue
Carpinteria, CA 93013
Phone (805) 684-4561

**Isla Vista**
6546 Pardall Road
Isla Vista, CA 93117
Phone (805) 681-4179

**Lompoc**
751 Burton Mesa Road
Lompoc, CA 93436
Phone (805) 737-7737

**New Cuyama**
70 Newsome Street
New Cuyama, CA 93254
Phone (661) 766-2310

**Santa Maria**
812-A W. Foster Road
Santa Maria, CA 93455
Phone (805) 934-6150

**Solvang**
1745 Mission Drive
Solvang, CA 93463
Phone (805) 686-5000

**Sheriff - Coroner Office**
66 South San Antonio Road
Santa Barbara, CA 93110
Phone (805) 681-4146

**Main Jail**
4436 Calle Real
Santa Barbara, CA 93110
Phone (805) 681-4250

**COURT SERVICES
CIVIL BUREAU**

**Santa Barbara Division**
118 E. Figueroa Street
Santa Barbara, CA 93101
Phone (805) 568-2900

**Santa Maria Division**
312-O E. Cook Street
Santa Maria, CA 93455
Phone (805) 346-7430

**Lompoc Division**
115 Civic Center Plaza
Lompoc, CA 93436
Phone (805) 737-7710

November 24, 2004

Ms. Maura Larkins
1935 Autocross Court
El Cajon, California 92019

RE: Larkins v. Werlin – San Diego Superior Court  # GIC 781970

Dear Ms. Larkins:

At my deposition on November 17, 2004, in San Diego, you pointed out a discrepancy between my declaration of 27 September 2004 and it's attachments from the Santa Barbara Police Department.  On page three of my declaration, paragraph 10 Line 4, I declared that no information regarding "Larkins" or "Maura" had been accessed or attempted to be accessed.   The attachments from the Santa Barbara Police Department stated in the report under the line "Strings" "Larkins" and "Maura."  This last information is the correct information and the declaration stating "or" is incorrect.

At your request, I had Christine Nail at the Santa Barbara Police Department, re-query the audit portion of their System using the String "Maura" or "Larkins."  Specifically looking for Criminal History requests, sent or received.  The audit report contained material from one (1) last name "Larkins" , six (6) first names "Maura" and one (1) middle name "Maura. None of the names disclosed was Maura and Larkins connected as a first and last name.  As the audit report contains actual criminal histories, public inspection of a California state summary of criminal history information is prohibited by law.

Ms. Maura Larkins
RE: Larkins v. Werlin – San Diego Superior Court # GIC 781970
Page 2

Since my deposition I received a letter from the State of California Department of
Justice postmarked on November 22, 2004, but dated September 30, 2004. Their
results show no inquiries from the Santa Barbara County Sheriff's Department in the
record of Maura Larkins via CLETS. I have attached a copy of my letter to the State
of California Department of Justice requesting an audit of their records and a copy of
their response as well as a copy of the envelope, showing date of mailing.

Sincerely,

Jim Anderson
Sheriff – Coroner

By: Samuel D. Gross, Commander
Information Services Division

Attachments

Cc:  Deborah K. Garvin, Esq.
     McCormick & Mitchell
     625 Broadway, Suite 1400
     San Diego, California 92101

     Kelly R. Angell, Esq.
     Stutz, Artiano, Shinoff & Holtz
     First National Bank Building
     15th Floor
     401 West A Street
     San Diego, California 92101