# EXHIBIT 8

SAN DIEGO EDUCATION REPORT

mauralarkins.com

# Law Enforcement
# and
# Chula Vista Elementary School District

# CVESD Board Protects a Long List of Lawbreakers

Home
Why This Website
SDCOE
CVESD
CTA
Schools & Violence
Silence Is Golden
Office Admin Hearings
Larkins OAH Hearing
Stutz Artiano & Shinoff
Recommended Books
Site Map

May 2007
Lawsuit Against CTA
and Head Counsel
Beverly Tucker for
perjury to protect Robin
Donlan

Perjury
Michael Carlson and atty
Deborah K. Garvin

CVESD
What Went Wrong?
Castle Park Elementary
Law Enforcement
EERA Violations
CVESD & Labor Code
CVESD Questions
CVESD Riddles
Maura Larkins Hearing

## Castle Park Crime Wave Continues

May 4, 2007
CVESD teacher Robin Donlan is under investigation by the FBI, SEC, US Justice Department and the IRS.

The police investigation of the Castle Park Elementary PTA embezzlement has ended. PTA President was arrested but not charged.

## How did Chula Vista Elementary School District become involved in a criminal cover-up?

## 1. A FALSE POLICE REPORT

As a result of a 2000 false police report, CVESD teacher Maura Larkins, who was co-administrator of her LATE fathers estate, was arrested for trespassing in her late father's home. It seems likely that the person who called the police, Kathleen Elton, used the same story for her false police report that she used to illegally collect Section 8 rental assistance. Elton likely told the police that a child was living with her in the apartment of Maura Larkins' late father. This was not true. In fact, Elton was living with a man whom police arrested shortly after they arrested Maura Larkins. Maura Larkins was kept only a few hours in police custody; K.E.'s boyfriend was kept many months.

K.E. had a talent for getting police to arrest people. Shortly before his death, Maura Larkins' father became stuck in

## How certain is it that Michael Carlson and his sister Robin Donlan (and those who liked them or feared them) committed perjury?

Very certain.
See the Sept. 2002 deposition of the principal of Castle Park Elementary (BELOW) and the Rick Werlin deposition.

Michael Carlson's sister Robin Colls/Donlan and other CVESD employees contradicted themselves again and again, or contradicted known facts.
Gina Boyd, the president of Chula Vista Educators came to depositions of Castle Park teachers, to make sure witnesses didn't tell the truth. It was entirely inappropriate of her to "represent" witnesses against Maura Larkins, when she was also "representing" Maura Larkins. When this was pointed out to her, Boyd still refused to leave.

But Gina was not present at the deposition of the principal of Castle Park Elementary. In that deposition, the truth about the illegally obtained and distributed police report came out.

Below is the pertinent part of that deposition, taken for the Office of Administrative Hearings, but never used by Maura Larkins' attorney.

## Deposition of the principal of Castle Park Elementary for the Office of Administrative Hearings

Maura Larkins Hearing

## Educators Who Left CTA

Chula Vista Educators Teacher Reports

Leave a comment!

San Diego Education Report Blog

Law Enforcement Blog

CVESD Report Blog
CVESD Reporter
Learning Boosters



Builders & Bd Members
ACSA
Silence Is Golden
Public Entities (PERB)
It Shouldn't Surprise Us

his bathtub. A tenant called his brother, who drove right over and helped lift the elderly man out of the tub. K.E. caught a glimpse of the Good Samaritan, called the police, and had him arrested.

The report was exposed as false, and no trespassing charges were filed against Larkins, but real life turned out to be stranger than fiction when Larkins discovered that K.E., the woman who made the false police report, had been working with Larkins' brother.

Somehow Kathleen Elton managed not to get arrested herself, despite all of Elton's threatening and illegal behavior. In fact, Chula Vista Elementary School District's school board and administrators believed everything Kathleen Elton said, and based their personnel decisions on their illegally-obtained report of Kathleen Elton's allegations against Maura Larkins.

How did Maura Larkins come to know Kathleen Elton? Elton was the ex-wife of Larkins' brother.

Larkins' brother had previously announced that he was quitting as Larkins' co-administrator, but he turned out instead to be secretly working to acquire control of the estate.

Within days of Larkins' arrest, her brother offered a secret rental agreement to K.E., his ex-wife. How did K.E. come up with the money to pay Larkins' brother?

K.E., who had committed welfare fraud in the past, was committing it again. She obtained rental assistance for living in this apartment by giving false information to the agency involved.

## 2. NO GOOD DEED GOES UNPUNISHED?

Larkins had felt sorry for her ex-sister-in-law because she was homeless and unemployed, and for that reason gave K.E. permission to stay in the apartment of Larkins' father.

Larkins was using the vacant apartment to conduct estate business. Larkins' desk, papers, tools, supplies, furniture and personal belongings were in the apartment.

Larkins became concerned when tenants in the apartment building began reporting that there was odd activity at night in the apartment, with many individuals loudly walking up and down the stairs at all hours.

Also, K.E. carpeted the back yard with beer cans thrown from the second-story apartment.

Depostion of Principal of Castle Park Elementary September 10, 2002

Page 80 line 19

Q. Did Robin Colls [AKA Robin Donlan] ever share with you any kind of information concerning a police report allegedly, somehow, involving Maura Larkins?

A. Actually, that did come up at some point when she [Robin Colls/Donlan] was talking, but she, herself, said, you know, you don't want to hear anything about that. And I'm not going to tell you. I know that there is something, but I have no clue what it is. She didn't want me to know. [Robin is demonstrating awareness of guilt.]

Q. So she said there's something in the police report?

A. It was a personal thing.

Q. Involving something that was a non-school matter but that Robin Colls was aware of?

A. Uh-huh.

Q. Was that a yes?

A. Yes, I do recall hearing something like that. I have no details whatsoever.

Q. Was this in a face-to-face conversation with Robin Colls?

A. Yes.

Q. And what year was that?

A. That was the year, I think she told me about that this year, the year—

Q. 2002?

A. Two—1999, 2000 school year. It was the year before.

Q. That this occurred?

A. It occurred in the 1999, 2000 school year.

Q. But you found out about it in which year.

A. There was an incident that this is referring to in my belief. They had a problem with a staff member the year before and—that's what I understood this to mean anyway.

Q. Exhibit 19? [Exhibit 19]

Page 82 lines 1-25:

A. Yes. It happened in 1999, September. [actually, 2000, September] It was like the first week back from

Larkins had a fiduciary duty to make sure that the estate was not confiscated by authorities due to drug-dealing which appeared to be occurring on the property. Larkins believed that K.E. was taking advantage of her kindness, and would be better off in a place where the landlord did not have a personal connection with her.

## Why did K.E. turn down a generous offer of $2000?

Larkins, who has given tens of thousands of dollars of her own money to help the homeless, told K.E. that she would give $2000 of her own money to K.E.'s new landlord.

K.E. took a gift of a $200 money order from Maura Larkins minutes before filing the false police report against Larkins and making a citizen's arrest of Larkins. K.E. never returned the money order.

Why would K.E. turn down a generous offer of $2000?

Because she had a better, secret offer from Larkins' brother! But Larkins' brother was not giving away his own money. He was giving away the estate's money.

K.E. announced that she hoped to become manager of the estate's apartments.

Larkins' brother wanted to keep K.E. in the apartments, despite the apparent drug dealing and deterioration of the property, in order to have K.E.'s assistance in ousting his sister as co-administrator.

## CHULA VISTA ELEMENTARY SCHOOL DISTRICT ALLOWED A TROUBLED WOMAN TO DICTATE ITS PERSONNEL DECISIONS

Teacher Robin Donlan,* with the help of her close friend, Chula Vista Educators President Gina Boyd, used a variety of means--including criminal actions--to obtain control of staffing decisions at her elementary school.

*Donlan brought herself to the attention of the press in 2004 and 2005 (the San Diego Union Tribune, the Chula Vista Star-News and La Prensa) during the aftermath of Maura Larkins' illegal firing.

## A VIRTUAL ADMISSION OF GUILT?

Maura Larkins' lawsuit against K. E. fo filing a false police report was settled for $75,000.00.

Kathleen Elton had no money, of course, but Maura Larkins' brother, who had engineered Larkins' arrest in an attempt to acquire his father's home for himself alone, did.

He agreed to pay $75,000 in return for Larkins' agreement to drop her lawsuit regarding the false police report and not to sue him.

As part of the agreement, Larkins also gave her brother her $7,000 interest in a piece of property in Guatemala.

vacation. That's when that happened, and, I believe, that's when Robin told me that there was an incident, there was a personal, a side incident, but she said you don't want to know about it [because it would be a crime to obtain this information?]. And I said no, it's personal, doesn't have anything to do with school, I don't want to know.

Q. And she told you it involved some sort of police report or law enforcement report?

A. I think so, yes.

Q. Did you ask her how she knew that?

A. Uh-uh.

Q. No?

A. That was it. That's all she said. She said I have this thing going on with her on the side. Outside of school. You don't want to know about it.

Q. Was it an indication that she had it going on, that it was something personal?

A. It was a personal issue outside of school going on with Maura and her somehow, and I don't know if it was her or her family or—but that was it. That's all she said.

Q. Did Ms. Colls, rather, leave you with the impression that it was going on—that somehow, Ms. Colls was actually involved in this personal incident?

A. That she or her family, you know, she knows about it or it was—something else going on outside of school,

Page 83, lines 1-8:

[A. contd.] Something to do with Robin and or her family and Maura. I don't know even why I remember that. Somehow somebody told me, and I think it was Robin.

Q. It had something to do with either Robin or a family member of Robin's?

A. Yeah. I think if it was actually Robin I probably would have wanted to know, just natural curiosity. I don't think it was against her. I think it was a family member.

CVESD attorney Mark Bresee listened to this and other depositions, and then continued to work to hide crimes. CVESD and other districts rely on such attorneys.

## A False Declaration

A false declaration was prepared by San Diego lawyer Deborah Garvin and given to a representative of the Sheriff's Department of Santa Barbara, who signed it under penalty of perjury.

In 2000, Santa Barbara Sheriff's deputy Michael Carlson committed a crime against Maura Larkins to please his sister Robin Donlan.

However, during his deposition by Maura Larkins, *the sheriff's representative said that the declaration was not true!*

Why did Ms. Garvin violate California law? Attorneys should stay within the law when they defend clients. Deborah Garvin should not have suborned perjury to help Sheriff's Deputy Michael Carlson escape responsibility for his actions.

# How Did It Happen?

### Question #1:
## MOTIVATION

What motivated Robin Donlan and others to take these actions, which ended up costing hundreds of thousands of taxpayer dollars as the school district, the Santa Barbara Sheriff's Department, and the teachers' union paid lawyers to cover-up these actions?

Answer:

The answer lies in the dysfunctional clique culture that dominates many schools--starting with Castle Park Elementary School.

This unhealthy teacher culture contributes considerably to the problems that cause millions of children in the United States to be cheated out of the good educations that taxpayers are paying for.

### Question #3:

How did Maura Larkins find out that Robin Donlan and her brother were the ones who initiated a chain reaction of criminal violations of Labor Code section 432.7 against her?

Answer:

Robin Donlan and her friends had a habit of sitting at a particular table in the teachers lounge, venting their anger at students, parents, administrators

### Question #2:
## BREAKING OPEN THE CASE

Who broke open the case regarding criminal acts committed by Robin Donlan, Richard Werlin, and Chula Vista Elementary School District?

Answer:
The young police woman who months earlier had arrested Maura Larkins for "trespassing" in her father's apartment!

K.E. might be disturbed, but she is an intelligent and talented out-of-work actress. She whipped into an extreme emotional state the young officer who answered her call to police.

The young policewoman apparently couldn't think straight after being exposed to Elton's histrionics. When the acting police sergeant tried to talk the policewoman out of arresting Maura Larkins, she yelled at him so loudly that everyone on the block could hear.

To justify the decision to make the arrest (and to justify the rough physical handling Larkins received), the policewoman wrote false information in her report. She wrote that Maura Larkins had tried to run away.

The problem with the policewoman's story is that there was nowhere to run in the apartment, even if Maura Larkins had been dim-witted enough to come up with such a silly idea. (In point of fact, the idea never occurred to Maura Larkins.)

The night before the arrest, Kathleen Elton and her boyfriend (who shortly afterward spent many months in jail), had hauled a large old iron headboard up the narrow steps at the back of the apartment, and had banged repeatedly on the back door in an attempt to break in. Neighbors reported a frightening shaking and pounding.

When that break-in attempt failed, Kathleen and her boyfriend entered the apartment through an attic opening located outside the apartment.

Fearing a repeat performance, Maura Larkins had blocked all entrances to the apartment with furniture. There was nowhere to run in that apartment.

Obviously, the policewoman's story that Larkins had tried to run away was preposterous.

Seven months later, CVESD administrator Richard Werlin told the same false story.

It was at this point that Maura Larkins realized that Richard Werlin had illegally acquired information from a police report which did not result in a conviction or in any charges.

Mr. Werlin and CVESD also committed a crime by taking

SAFETY AND SECURITY, in addition to justice, are damaged when public employees tell "bald-faced" lies. (Washington Post)
The US government's case against a terrorist is set back in March 2006 by a dishonest government lawyer. The case against the terrorist was good enough.

Why did the lawyer lie? Habit?

## Good luck to Santa Barbara's new Sheriff Bill Brown

Good news!
Santa Barbara Sheriff Jim Anderson lost his bid for re-election in November 2006.

## Sheriff Jim Anderson

March 2006

Sheriff Jim Anderson of Santa Barbara is under fire for selling sheriff's badges.

Could ethical confusion in his department have resulted in the signing of the false declaration in the Maura Larkins case?

The Sheriff's department has admitted under oath that the declaration filed in the Larkins case was false.

parents, administrators and fellow teachers. Ms. Donlan also had a habit of talking very loudly.

One day Maura Larkins was working at the copy machine in the next room, and heard Ms. Donlan telling two co-workers about what she and her brother had done.

Copyright © 2007 Maura Larkins' San Diego Education Report. All Rights Reserved.

employment action based on false and illegally-obtained allegations. The specific crime committed by Werlin and CVESD was a criminal violation of Labor Code section 432.7.

Why didn't Werlin and CVESD simply say they were sorry, and allow Maura Larkins to work in peace?

Because the school board had brought in a superintendent, Libia Gil, for the purpose of exerting arbitrary control over teachers without regard to the law. Libia Gil had hand-picked Richard Werlin to implement a policy of dishonesty and intimidation to control teachers.

But Werlin had other talents. Among them was the ability to form a close personal relationship with Gina Boyd, the President of the teachers union local. They established a policy in which she refrained from disagreeing with him during meetings with teachers.

## Who was involved?

### California Teachers Association (CTA)

Carolyn Doggett, Director
Beverly Tucker, Head Counsel
Barbara Kerr, President
David Sanchez, Vice Pres.
Dean Vogel, Secretary Treas.

Rosalind Wolf, staff counsel
Michael D. Hersh, staff counsel
Bernhard Rohrbacher, attorney

### CVE
Chula Vista Educators (CVE) Board of Directors and Representative Council

Jim Groth
(Current President)
Robyn Higginson
Joyce Abrams

Barbara Dunwoodie
Paula Lee Perry
Yolanda Abrenica
Monica Sorenson
Gayle Calliger
Nancy Potts
Andy Johnston
Guillermo Gomez
Donna Padilla
Lasha Allen
Sandra Casares

Gina Boyd (Former) President
Tim O'Neill (Former) Exec. Dir.
Robin Donlan
Peggie Myers

Ann Smith, lawyer for San Diego Metropolitan Employees Association (MEA), who also worked for Chula Vista Educators and CTA

### CTA
California Teachers Association
Board of Directors 2006-2007

| Name | Directorial District |
|---|---|
| Larry Allen | A |
| Donald Bridge | K |
| Paula Caplinger | E |
| Larry Carlin | D |
| Mikki Cichocki | O |
| Tom Conry | N (San Diego area) |
| Dayton Crummey | B |
| Michael Green | H |
| Dián Dolores Hasson | J-HE |
| Lynette Henley | At-Large |
| David Hernandez | At-Large |
| Mignon Jackson | J-LA |
| Dianne Jones | P |
| Marc Knapp | CTA/NEA |
| Don Dawson | F |

(until recently Robert C. Nichols was director of region F)

| Mary Rose Ortega | J-LA |
| Cynthia Peña | G |
| Lloyd Porter | M |
| Pixie Hayward Schickele | C |

Pixie's campaign to become CTA president began in 2006. But one of Pixie Hayward Schickele's chickens came home to roost, in the person of Richard Werlin (see right), whose illegal actions Pixie supported as a director of CTA. In 2006 Werlin became Asst. Supt. for Human Resources in Pixie's own West Contra Costa School District! At the time I asked, "This isn't a problem for you, is it, Pixie? Within a few months, Pixie's local CTA affiliate UTR, and UTR's president Gail Mendes, had formed a close

### SDCOE
Joint Powers Authority (JPA)
Lora Duzyk, Assistant Superintendent, Business Services
Diane Crosier, CALA

Executive Committee Member:
Tom Anthony
Term expires June 2007

SDCOE Legal Services
Council Chair:
Tom Anthony
Term expires June 2007
Members:
Ed Brand
Peggy Lynch
Dave Cowles
Don Phillips
(as of Feb. 2006)

Chula Vista Elementary School District

CVESD Administration
Lowell Billings, Tom Cruz, Dennis Doyle
Susan Fahle

Former administrators:
Richard Werlin
Libia Gil

Board
Patrick Judd
Pamela Smith
Larry Cunningham
Cheryl Cox

### Attorneys

Parham & Rajcic Law Firm
Mark Bresee
(Mr. Bresee is now working for the Orange County Office of Education)
Jack Parham

Elizabeth Schulman
Matthew C. Smith
Deborah Garvin

Stutz, Artiano, Shinoff & Holtz

Daniel Shinoff
Ray Artiano
Jeffery Morris
Leslie Devaney
Kelly Minnehan
AKA Kelly Angell
Paul Carelli
Jack Sleeth
Christina Dyer
(Tina Dyer)

| Educators and CTA | working relationship with Werlin, working together to punish and get rid of teachers who spoke out about problems. UTR and Werlin got carried away, and predictably, just as it had in Chula Vista Elementary School District, trouble ensued. Second-grade teacher Jenny Mo was arrested in front of her students for refusing to be silenced regarding bullying at her school.<br>**Bonnie Shatun**      I<br>**Daniel Vaughn**      L<br>Other CTA leaders:<br>Marlene Scholz | Bertha Lopez |