**EXHIBIT 9**

SAN DIEGO EDUCATION
REPORT

mauralarkins.com

[ Search ]

Office of
Administrative
Hearings

# Maura Larkins
# OAH Hearing

Larkins' Attorney
Elizabeth
Schulman

HOME

Site Map

The links below are for Maura Larkins'
Petition for Writ of Mandate
which details problems at Chula Vista
Elementary School District (CVESD) and the
Office of Administrative Hearings (OAH).

| Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 |
|---|---|---|---|---|---|
| Table of Contents | Saturday Night Phone Calls | Guns and violence | Banned from the District | Mr. Werlin's Letter | Hiding Behind the Door |

| Page 7 | Page 8 | Page 9 | Page 10 | Page 11 | Page 12 |
|---|---|---|---|---|---|
| These third-grade children suffered both emotionally and academically. | Maura Larkins was asked back without investigation after each set of allegations indicating that either (1) the district knew the allegations were false, or (2) the district repeatedly put the lives of school personnel in danger. | MAURA LARKINS WAS TOLD SHE WOULD NOT BE ALLOWED TO TEACH IN ANY CLASSROOM THE FOLLOWING YEAR. | WERLIN BEGAN FAXING MAURA LARKINS WHEN HER LAWYER WAS OUT OF TOWN, DEMANDING THAT SHE COME IN AND MEET WITH HIM. | The district denied Maura Larkins the full evidentiary hearing to which she was entitled when she was suspended without pay. | One teacher testified that many people claimed to fear that Mrs. Larkins would come and shoot everyone. |

Pages 15-27

## Illegal OAH Decision

| Page 13 | Page 14 | Page 15 | Page 16 | Page 17 | Page 18 |
|---|---|---|---|---|---|
| Maura Larkins' grievances (AGAINST MR. WERLIN) were summarily denied by (GUESS WHO?) Mr. Werlin. | The District and the OAH judge boldly violated the Labor Code, openly stating that Maura Larkins was being dismissed for *reporting wrongdoing.* | Bizarrely, the teacher who was twice ordered to stay off school property is being dismissed for NOT coming to work. The district and teachers union made a big mistake in 2001, then tried to cover it up by intimidating the victim into silence. | Werlin had total personal, arbitrary control over Mrs. Larkins, including the ability to make absolutely any allegation about her and act on it, with NO OVERSIGHT by THE Superintendent or the teachers union. | Judge Ahler declared that *documents accepted into evidence and recorded in his own handwriting never existed!* The Office of Administrative Hearings Head Judge Ron Diedrich supports the decision! | Judge James Ahler, Vice-principal Terry Olson, and teacher Barbara Abeyta brazenly flew in the face of fact and reason to claim that the harassment suffered by Maura Larkins did not prevent her from meeting her teaching responsibilities. |

| Page 19 | Page 20 | Page 21 | Page 22 | Page 23 | Page 24 |
|---|---|---|---|---|---|
| Maura Larkins filed suit in order to get her job back, not because she was "unforgiving." | To be banned from every school in the district but one is a mark of Cain. | Judge Ahler described the panel's deliberation process: "... You know, who's right or wrong and cunning and lying at the swimming pool, I don't think that's going to require more than a couple of minutes of discussion." | (INCLUDES DOCUMENTS) Letters from James Ahler indicate that two panelists *signed the decision without discussing it and without reading it.* | Judge Ahler is not the problem. When he leaves, those in power will likely find someone who is <u>even more prone to rubber stamping any action, no matter how illegal, by a public entity.</u> | District lawyers turned case law on its head by comparing Mrs. Larkins to the profoundly confused Ms. Matthews...who decided "it was too cold and nasty and foggy up here" in Richmond, so she had "gone south to get warm." |

| Page 25 | Page 26 | Page 27 | Page 28 | |
|---|---|---|---|---|
| The Judge left off these very significant words: "<u>Except as otherwise provided in this Agreement OR BY LAW.</u>" | The OAH violated Maura Larkins' right to defend herself. | THE LETTER TO CHERYL COX | THE COMMISSION VIOLATED THE RULES OF EVIDENCE | Home<br>Castle Park School<br>OAH Hearing<br>J. H. Report<br>A. S. Report<br>L. W. Report<br>M. S. Report |

Did the people who advised these actions actually go to law school?

Were these group decisions, as Richard Werlin claims, or did he simply do as he pleased, without any oversight?