# EXHIBIT 10

Page 10

San Diego
Education Report

mauralarkins.com

Illegal
OAH
Decision
Page 10

## Mr. Werlin was not authorized by the contract to transfer Maura Larkins involuntarily. The purpose of any meeting with Mr. Werlin is suspect.

HOME
|
Site Map
|
Larkins Hearing
|
1 Contents
|
2 Phone Calls
|
3 Handgun
|
4 Banned
|
5 Werlin's Letter
|
6 In Hiding
|
7 Children Hurt
|
8 No Investigation
|
9 No Job
|
10 Werlin Faxing
|
11 Hearing Denied
|
12 Retaliation
|
13 Werlin Decides
|
Judge Broke Law
|
15 Fabrications
|
16 Unwanted Acts
|
17 Missing Docs
|
18 Discredited
|
19 Opposition
|
20 Forgiveness
|
21 Cunning
|
22 No Discussion
|
23 Seaman
|

.......It is shameful that both Superintendent Libia Gil and the Board completely ignored Petitioner's serious accusations against Mr. Werlin. Werlin did not offer to meet with Mrs. Larkins *with others present* until after he had (retroactively) suspended her without pay.

J. SEPTEMBER 2001

**WERLIN BEGAN FAXING MAURA LARKINS WHEN HER LAWYER WAS OUT OF TOWN, DEMANDING THAT MRS. LARKINS COME IN WITHOUT HER LAWYER AND MEET WITH HIM; MAURA LARKINS REFUSED.**

Mr. Werlin was not authorized by the contract to transfer Petitioner involuntarily. The purpose of any meeting with Mr. Werlin is suspect.

*The Superintendent never made any attempt to supervise Mr. Werlin. She left Mrs. Larkins in his personal control, even after Mrs. Larkins had filed grievances and written letters ( Exhibit 41) about his hostile and dishonest and illegal behavior.*

The only meetings Mrs. Larkins refused to attend were those that would be alone with Mr. Werlin. It is shameful that both the Superintendent and the Board completely ignored Petitioner's serious accusations against Mr. Werlin. He did not offer to meet with her *with others present* until after he had (retroactively) suspended her without pay.

K. SEPTEMBER 2001

**PETITIONER AND HER ATTORNEY EACH WROTE SEVERAL LETTERS TO THE DISTRICT REGARDING THE DANGER TO PETITIONER FROM MR. WERLIN.**

The Superintendent continued to refuse to supervise Werlin.

24 Matthews

25 No Rights

26 No Defense

27 Coverup

28 Evidence