# EXHIBIT 11

San Diego Education Report                                         Page 11
mauralarkins.com

## What happened at CVESD?
Page 11

**HOME**

**Site Map**

Larkins Hearing

1 Contents

2 Phone Calls

3 Handgun

4 Banned

5 Werlin's Letter

6 In Hiding

7 Children Hurt

8 No Investigation

9 No Job

10 Werlin Faxing

11 Hearing Denied

12 Retaliation

13 Werlin Decides

Judge Broke Law

15 Fabrications

16 Unwanted Acts

17 Missing Docs

18 Discredited

19 Opposition

20 Forgiveness

21 Cunning

22 No Discussion

23 Seaman

24 Matthews

25 No Rights

**Maura Larkins requested the full evidentiary hearing to which she was entitled by the contract...The district refused.**

**The California Teachers Association and Chula Vista Educators looked the other way.**

L. SEPTEMBER 26, 2001

**MAURA LARKINS' PAY WAS STOPPED; SHE REQUESTED A FULL EVIDENTIARY HEARING TO WHICH SHE WAS ENTITLED BY THE CONTRACT REGARDING HER SUSPENSION WITHOUT PAY; THE DISTRICT REFUSED.**

Only *after* he placed her on suspension without pay did Mr. Werlin offer to *allow other administrators to be present* at a meeting with Mrs. Larkins.

Mrs. Larkins asked to meet with the Superintendent. She was entitled to a full evidentiary hearing. The DISTRICT refused to give her the hearing, claiming falsely that she was not suspended without pay. (She was not allowed to set foot at any school on September 26, and she wasn't paid—she was clearly suspended without pay.)

The district never made any determination as to whether the charges against Mrs. Larkins were true.

Two things are possible:

1) the District took a completely innocent person out of her classroom twice, and destroyed her reputation, and never investigated or retracted the accusations.

2) The other possibility is that the District took a potential mass murderer out of her classroom twice—but then asked her to come back again and again without ever investigating! Either way, they failed grievously in their obligation as holder of a public trust, and they violated Mrs. Larkins rights, and are not justified in dismissing an employee whom they admit is highly qualified and has no mental or physical problems.

26 No Defense

27 Coverup

28 Evidence