# EXHIBIT 12

San Diego
Education
Report
mauralarkins.com

What happened
at Chula Vista
Elementary
School District?

HOME

Site Map

Larkins Hearing

1 Contents

2 Phone Calls

3 Handgun

4 Banned

5 Werlin's Letter

6 In Hiding

7 Children Hurt

8 No Investigation

9 No Job

10 Werlin Faxing

11 Hearing Denied

12 Retaliation

13 Werlin Decides

Judge Broke Law

15 Fabrications

16 Unwanted Acts

17 Missing Docs

18 Discredited

19 Opposition

20 Forgiveness

21 Cunning

22 No Discussion

23 Seaman

Page 12

# Richard Werlin's Illegal Retaliation for Filing Grievances:

## ONE day after she filed three grievances, Werlin threatened to dismiss Larkins, and drew up bogus charges against her.

The school board did not act on those charges until the following year, right after she filed a lawsuit. The school board decision to dismiss Larkins clearly stated that she was being fired for filing grievances and a lawsuit. The school board thus violated Labor Code section 1102.5, which makes it illegal to fire an employee for reporting wrongdoing.

### OCTOBER 5, 2001

### MAURA LARKINS WAS TOLD TO REPORT BACK TO WORK; SHE SAID SHE DID NOT FEEL SAFE UNTIL THERE HAD BEEN AN INVESTIGATION REGARDING A POSSIBLE SHOOTING.

Mrs. Larkins attended every meeting the Superintendent asked her to attend. One teacher testified many people feared Mrs. Larkins would come and shoot them all. Neither the Superintendent nor Richard Werlin ever investigated these allegations. Were Superintendent Libia Gil and Richard Werlin dangerously incompetent? It would seem to be the case.

### NOVEMBER 13, 2001
### MAURA LARKINS FILED 3 GRIEVANCES:

## 1. Safety grievance

The teachers union and the district shared a complete disregard for safety. Serious accusations of a possible shooting were never investigated.

It is sad but true that CVESD board incumbents (Cheryl Cox, Patrick Judd, Bertha Lopez, Larry Cunningham and Pamela Smith) were ALL RE-ELECTED IN 2004 AND 2006 AFTER they refused to investigate the report by two teachers that another teacher was going to come to school

One teacher testified that many people claimed to fear that Mrs. Larkins would come and shoot everyone. These people were in a hysterical frenzy, not unlike the Salem Witch Trials.

It was open season on Maura Larkins at CVESD. Anyone could make any allegation, no matter how preposterous, and Richard Werlin would act on it.

Maura Larkins feared, as any rational person would, that if she went back again, the same thing (or worse) would happen as happened the first two times she went back.

Daniel Shinoff, a lawyer who relies on dishonesty and intimidation to obtain legal victories on behalf of school districts, was representing the District when the district violated EERA on November 14, 2002.

Why do we taxpayers have lawyers like this working for us?

24 Matthews

25 No Rights

26 No Defense

27 Coverup

28 Evidence

( Transfer Grievance )

( Response to GII 1 )

( Response to GII 2 )

( Stop Pay )

( Safety )

( Reprisal )

( No Response )

( No Investigation )

( District Rights )

( Jim Groth's Hoax )

**The District never investigated the allegations against Mrs. Larkins, nor Mrs. Larkins' allegations of Werlin's dishonest and aggressive behavior.**

**District law firms, including Parham & Rajcic as well as Stutz, Artiano, Shinoff & Holtz, help districts keep facts and documents hidden. They also file in court documents they know to be false.**

and shoot everybody.

How did the board get away with such incompetence? It was kept secret by the San Diego Union-Tribune and La Prensa and the Chula Vista Star-News.

The SDUT and La Prensa and the Star-News knew about the serious incompetence and illegal actions of the board, but kept it secret. The SDUT and the Star-News wanted to protect the right-wing board, while La Prensa wanted to protect the teachers union, which had been fully involved in the wrongdoing.

The SDUT created the false impression of fairness by printing opposition viewpoints--that really weren't opposition viewpoints at all. The opponents of the school board who were given space in the SDUT to express their viewpoints never made a peep about the board's criminal actions and use of taxpayer dollars to defend those criminal actions. For example, Felicia Starr, whom the SDUT endorsed, was a close friend of teachers union president Gina Boyd, who worked with the district, supporting every crime that was committed.

The SDUT kept the big secrets of the incumbents, while at the same time allowing Don Sevrens to write meaningless diatribes against the board for transferring Robin Donlan and other teachers in 2004.

## 2. Transfer grievance

<u>This grievance</u> concerned a violation of contract FAR MORE SERIOUS than the contract violation regarding the transfer of Robin Donlan, Peggie Myers, Stephenie Parker-Pettit, and Nikki Perez, of which the SDUT, La Prensa and the Star-News complained so vociferously three years later.

The shocking turn-around of CVE officials Tim O'Neill, Gina Boyd and Jim Groth is mind-boggling. In an effort to cover up their own crimes, they went along with a clearly-illegal transfer in 2001 in which the superintendent did not meet with the transferred teacher.

Then, in a complete about-face, three years later, when Robin Donlan and others were transferred, O'Neill, Groth and Boyd claimed that a meeting with the superintendent WAS NOT ENOUGH!

<u>Exhibit p. 1</u>
<u>Exhibit p. 2</u>

## 3. Stop pay grievance

<u>More illegal actions</u> were committed by Richard Werlin as he struggled to make others pay for his crimes. Why didn't he just do the right thing? It boggles the mind. He accomplished nothing good for anyone, least of all himself. Sometimes people are mean even when it isn't in their own

**Answer: Because the SDCOE JPA's Diane Crosier likes them, and the top brass at SDCOE likes Diane Crosier.**

**The district violated California law by serving dismissal charges on Maura Larkins in retaliation for filing three grievances.**

**CTA looked the other way. Why? Because it was helping to cover up crimes committed by Gina Boyd, Jim Groth and Tim O'Neill and district personnel.**

best interest. None of the malicious actions in this case resulted in any good outcome for anyone. When will CVESD and Castle Park Elementary get honest leaders who refuse to tolerate dishonest teachers?

### O. NOVEMBER 14, 2001 (ONE DAY LATER!)

### MAURA LARKINS WAS (ILLEGALLY) THREATENED WITH DISMISSAL, and the threat was carried out the following May, weeks after Larkins filed a lawsuit.

### P. NOVEMBER 21, 2001

### MR. WERLIN GAVE MAURA LARKINS THE ONE AND ONLY REPORT HE EVER PREPARED ABOUT HER SITUATION.
### IT CONTAINED NOTHING MORE THAN GENERAL ALLEGATIONS, WITHOUT ANY SPECIFIC DATES, WORDS OR ACTIONS ON WHICH THE ALLEGATIONS AGAINST HER MIGHT HAVE BEEN BASED.

**WERLIN'S FIRST AND FINAL REPORT WAS LABELED "TENTATIVE"**
Why was there no final report?

Richard Werlin gave a report to Maura Larkins on November 21, 2001, but he later prepared a different document which district lawyer Mark Bresee submitted as evidence in Maura Larkins' dismissal hearing—even though a true copy of Werlin's November 21, 2001 report had already been filed with PERB!

Click here for original November 21, 2001 report.

Click here for false document prepared by Richard Werlin after Maura Larkins filed her lawsuit.

Assistant Superintendent for Human Resources Richard Werlin's manner toward employees was so aggressive and hostile that one principal fell to the floor with a stroke while being verbally assaulted by Richard Werlin.

Werlin was handpicked by Libia Gil, who was brought down from Seattle by Patrick Judd because she was well known for her hostility to teachers.