# EXHIBIT 13

**San Diego Education Report**

mauralarkins.com



# What happened at CVESD?
page 3

## An imaginary gun caused terror, but Chula Vista Elementary School District never investigated.

A mentally-ill woman, Kathleen Elton, made a false allegation to police about a gun that did not exist. Police arrested Elton's schoolteacher ex-sister in law, who had given the homeless Elton a place to stay. Elton's false police report caused teacher Maura Larkins to be arrested for trespassing in her own late father's apartment which the school teacher occupied as co-administrator of her father's estate.

Why was accused teacher Mrs. Larkins removed from her classroom, then asked to return without any investigation, if the district believed there was *even the slightest chance that she was mentally ill, violent and had a gun?*

An investigation was absolutely required in this case.
The district has never investigated this case. They simply paid many $100,000's to lawyers to cover up wrongdoing.

### 2 possibilities exist:

**1. CVESD administrators** and officials Cheryl Cox, Pamela Smith, Larry Cunningham, Patrick Judd and Bertha Lopez **suborned or committed perjury over and over again in hearings and depositions; or**

**2. CVESD administrators** and officials Cheryl Cox, Pamela Smith, Larry Cunningham, Patrick Judd and Bertha Lopez **were dangerously incompetent when it came to guarding the safety of students, parents, and employees.**

Either the CVESD School Board has committed felonies, or it has inexcusable disregard for safety--or both!
The question that remains is WHY?
What motivated these actions?
The answer, is seems, is arrogance and ignorance.

**HOME**
|
**Site Map**
|
Larkins Hearing
|
1 Contents
|
2 Phone Calls
|
3 Handgun
|
4 Banned
|
5 Werlin's Letter
|
6 In Hiding
|
7 Children Hurt
|
8 No Investigation
|
9 No Job
|
10 Werlin Faxing
|
11 Hearing Denied
|
12 Retaliation
|
13 Werlin Decides
|
Judge Broke Law
|
15 Fabrications
|
16 Unwanted Acts
|
17 Missing Docs
|
18 Discredited
|
19 Opposition
|

20 Forgiveness
21 Cunning
22 No Discussion
23 Seaman
24 Matthews
25 No Rights
26 No Defense
27 Coverup
28 Evidence

MARCH 24, 2001

**MAURA LARKINS WAS ASKED TO RETURN TO HER CLASSROOM WITHOUT ANY INVESTIGATION.**

Mr. Werlin had no contact with Mrs. Larkins until March 24 and 25, 2001, when he called her at her home and asked her to return to work as soon as possible.

Mrs. Larkins was concerned because no investigation had been done by the district, and the accusations hadn't been retracted, and **_the teachers who had made the false accusation had gotten away with it completely_**. They had destroyed Mrs. Larkins' reputation, and damaged her students, and had spread rumors of guns and violence so that a growing number of (other) teachers were frightened. Ominously, these (dishonest) teachers still had the full support of the administration.

Mrs. Larkins said that she would be happy to help her substitute, but
that a meeting needed to be held to discuss how she would be protected from further false accusations. Mr. Werlin offered a twenty-minute meeting. Mrs. Larkins said that would not be sufficient. Mrs. Larkins went to school to help her substitute on March 26, 2001, and was welcomed by Principal Donndelinger.