# EXHIBIT 15

San Diego Education Report
mauralarkins.com

Page 22

**Illegal OAH Decision**
Page 22

# San Diego OAH Judge James Ahler was anxious to "send a message" rather than apply the law

HOME
|
Site Map
|
Larkins Hearing
|
1 Contents
|
2 Phone Calls
|
3 Handgun
|
4 Banned
|
5 Werlin's Letter
|
6 In Hiding
|
7 Children Hurt
|
8 No Investigation
|
9 No Job
|
10 Werlin Faxing
|
11 Hearing Denied
|
12 Retaliation
|
13 Werlin Decides
|
Judge Broke Law
|
15 Fabrications
|
16 Unwanted Acts
|
17 Missing Docs
|
18 Discredited
|
19 Opposition
|

**Feb 13, 2003**
Two days *after* the decision against Maura Larkins had become final, Judge Ahler sent copies of the decision to the two panelists—who had *already signed* the last page *without seeing the 28-page decision*

### Regarding the practice of urging jurors to "send a message"

Judge Ahler dishonestly pretended that it was safe for Maura Larkins to go to work, and that the school district wanted her to go to work.

Judge Ahler wanted to let all teachers know that administrators can violate the law against them, but teachers can't stay home to protect themselves

Pennsylvania Supreme Court Justice Ronald Castille, in 2004, wrote: "Deliberate attempts to destroy the objectivity and impartiality of the (jury) so as to cause the verdict to be a product of emotion rather than reflective judgment will not be tolerated."

### Judge Ahler's use of the word "immediate" is ironic.

Maura Larkins quietly stayed home for months and months, patiently waiting for an end to the violations of law against her to end.

The first "wrong" against her occurred on February 12, 2001, when she was placed on administrative leave in violation of the Labor Code and the contract.
Maura Larkins went back in March 2001 and April 2001, and each time new false allegations were made against her. The first time she refused to go to work was October 5, 2001, when there STILL HAD BEEN NO INVESTIGATION OF THE ALLEGATIONS AGAINST HER.



OFFICE OF ADMINISTRATIVE HEARINGS
560 J Street, Suite 300, Sacramento, CA. 95814
916 445-1926 phone | 916 323-6439 fax
www.oah.dgs.ca.gov

State of California
Department of General Services

February 13, 2003

| 20 Forgiveness |
| 21 Cunning |
| 22 No Discussion |
| 23 Seaman |
| 24 Matthews |
| 25 No Rights |
| 26 No Defense |
| 27 Coverup |
| 28 Evidence |

**San Diego Education Report Blog**

Ms. Terry Olson

Fallbrook, CA 92028

Re: In the Matter of Maura Larkins /Chula Vista Elementary School District

Dear Terry,

Thank you once again for your invaluable service as a member of the Commission on Professional Competence in the above-referenced matter. I am sorry I missed seeing you on Monday when you stopped by our office to sign the decision. I was looking forward to it. If you are back in the area, please stop by.

A copy of our decision is enclosed. I am satisfied with it and with the message it sends to Ms. Larkins and others who mistakenly might believe that the immediate righting personal wrongs is more important than reporting for work. A copy of a letter I sent to your superintendent is enclosed as well.

Finally, I have enclosed a memo dated June 6, 2002, concerning recovery of expenses. I hope that my failure to provide you with the enclosed materials has not caused you any difficulties. After completing the forms, please mail the claim to Office of Administrative Hearings, 560 J Street, Suite 300, Sacramento, CA 95814, Attention: Andrea Prychun.

If you have any questions, do not hesitate to contact me. The direct line to my chambers is (619) 525-4475.

With kind regards,

James Ahler
Administrative Law Judge
Office of Administrative Hearings

| Regional Offices | 320 West Fourth Street<br>Suite 630<br>Los Angeles, CA 90013<br>213 576-7200 phone<br>213 576-7244 fax | 1350 Front Street<br>Room 6022<br>San Diego, CA 92101<br>619 525-4475 phone<br>619 525-4419 fax | 1515 Clay Street<br>Suite 206<br>Oakland, CA 94612<br>510 622-2722 phone<br>510 622-2743 fax |

(See more documents below.)

**To Terry Olson, Judge Ahler was "Jim."**

Olson, a school administrator who refused to get CLAD training, got an invitation to stop by the judge's chambers. The other panelist, a teacher, did not get such an invitation.

**Chula Vista Elementary School District lawyers Mark Bresee, Daniel Shinoff, Jeffery Morris and Kelly Angell worked to cover up crimes committed by the district and Castle Park Elementary teachers.**

**What was Maura Larkins' lawyer doing during this hearing?**

Attorney Elizabeth Schulman was trying to protect administrator Richard Werlin. She told Maura Larkins that Werlin was guilty of a crime, but when Larkins asked that the crime be revealed in the hearing, Attorney Elizabeth Schulman said, "I'm more conservative than you think." She said, "It shouldn't be mentioned."

**Members of the COMMISSION signed outright falsehoods.**

http://www.mauralarkins.com/page22.html　　　　　　　　　　　　　　　　　　　　2/1/2008

**The three OAH panelists all falsely wrote the same date**

The Falsely-Dated Decision Page of the 28-Page Decision of the Maura Larkins' Case at the Office of Administrative Hearings; Olson and Abeyta signed it without discussing or even seeing the "findings of fact."

on the decision page: Friday February 7, 2003. This was apparently an attempt to pretend that the signers met together to discuss the decision.

The Feb 13, 2003 letter below from Judge Ahler to Terry Olson indicates that Olson signed the decision page on Mon Feb 10, 2003 NOT Feb 7, 2003 and signed the decision page without reading the 27 pages of factual findings and without meeting with the other two panelists!

Ahler's letters indicate that Terry Olson and Barbara Abeyta **DID NOT GET A COPY OF THE FIRST 27 PAGES OF THE DECISION until after the decision had become final.**

DISPOSITION

Maura Larkins is dismissed from her employment with the Chula Vista Elementary School District. Her dismissal is based on her persistent refusal to follow reasonable regulations authorizing the Direct to direct the work of its employees, on her evident unfitness for service as a teacher with the Chula Vista Elementary School District, and her willful refusal to perform regular assignments without reasonable cause, each being a cause for dismissal under the Education Code and each independently supporting her dismissal from employment.

Dated: 2/7/03.

James Ahler
Administrative Law Judge
Office of Administrative Hearings

Dated: 2/7/03

Terry Olson
Assistant Principal
Fallbrook Elementary School District

Dated: 02 07 03

Barbara Abeyta
Elementary School Teacher
National School District

28

### Judge James Ahler made it clear in his decision that he did not have ANY CONCERN AT ALL for Maura Larkins' students who lost their teacher

On Feb 12, 2001, in the middle of their critical transition year to English-only instruction, Maura Larkins' students were given a series of substitutes who knew very little about how to teach that class.

Judge Ahler claimed that it was perfectly acceptable that the district took Maura Larkins out of her classroom for seven weeks, then, after asking Maura Larkins twice to come back during that school year, each time demanded that she leave again.

Judge Ahler had before him evidence that Asst. Superintendent Rick Werlin was running around desperately looking for someone who would make an allegation against Maura Larkins. Gretchen Donndelinger's notes showed how hard he tried, and how unsuccessful he was.

Attorney Mark Bresee of Parham & Rajcic either instructed or advised Werlin to violate the law again and again, or was willing to accept taxpayer money for covering up school district wrongdoing, or both.

James Ahler clearly did not care about Maura Larkins' students, yet he dishonestly pretended to care about STUDENTS IN A CLASS AT A DIFFERENT SCHOOL WHO NEVER MET MRS. LARKINS!

### Panelist felt an obligation to CTA (which wanted to cover up crimes), but no obligation to tell the truth

Barbara Abeyta, representative,

National City Elementary Teachers Association, signed the decision as OAH panelist in the Maura Larkins case. The California attorney general's office reported to Maura Larkins that Ms. Abeyta, in serving on the OAH panel, felt an obligation as a union representative. Clearly, Ms. Abeyta felt no obligation to honor the rights of a fellow teacher, only to be loyal to the union.

Questions for Barbara Abeyta

1) Did CTA pressure you to keep quiet?

2) Did Mary Kay Rosinski arrange for CTA Attorney Emma Lehaney to help you get out of testifying in the Schulman case?

### Judges who ignore the law

San Diego Administrative Law Judge James Ahler

The San Diego Union Tribune reported that "an administrative law judge with the State Personnel Board ruled Ahler violated his duty as a judge...

"'Such conduct does not comply with the law, does not promote public confidence in the integrity of the judiciary and demeans the judicial office,' Judge William A. Snyder wrote..., paraphrasing the Canons of Judicial Ethics in his decision upholding Ahler's demotion."

http://www.signonsandiego.com/news/metro/20020921-9999_1mi21judge.html

Abeyta and Olson followed Judge Ahler like sheep, with no apparent concern for the truth or the law.

The two school-employee panelists now know that their decision was illegal, but refuse to ask that it be set aside. But letters (see below) from James Ahler indicate that they signed the decision without discussing it, and without reading it.

James Ahler, Terry Olson and Barbara Abeyta signed a compendium of Findings and Legal Conclusions which is staggering in its self-contradictions and outright falsehoods.

2.  THE COMMISSION MISCONSTRUED CALIFORNIA EDUCATION CODE SECTIONS 44932(a)(7), 44932(a)(5) and 44939.

A.  The COMMISSION misconstrued the meanings of "persistent" and "reasonable" in the context of "persistent violation of and refusal to obey the school laws of the state or reasonable regulations prescribed by the governing Board" in CALIFORNIA EDUCATION CODE SECTION 44932(a)(7).

B.  The COMMISSION misconstrued the meaning of "evident unfitness for service" in CALIFORNIA EDUCATION CODE SECTION 44932(a)(5).

C.  The COMMISSION misconstrued "willful refusal to perform regular assignments without reasonable cause, as prescribed by reasonable rules and regulations of the employing school district" in CALIFORNIA EDUCATION CODE SECTION 44939. The COMMISSION construed this section of the law by proceeding as if the word "reasonable" were nowhere to be found.

D.  The COMMISSION failed to consider Maura Larkins' Affirmative Defenses, including hostile environment, and to properly construe the law regarding such defenses.

E.  The COMMISSION improperly construed the MORRISON criteria.

F.  The COMMISSION failed to consider rights of Maura Larkins according to the contract, the Constitution, and the laws of California.

## Judge Ahler's letter to Barbara Abeyta dated February 13, 2003, two days AFTER THE DECISION HAD BECOME FINAL.

**Why did Judge Ahler not provide a copy of the decision to Abeyta and Olson before it became final?**

**Was he afraid they might object to the blatant falsehoods it contained?**

**If so, his precautions seem to have been unnecessary.**

**Abeyta and Olson appear to have no interest in whether or not the decision they signed is illegal and dishonest.**

**Abeyta continues to serve as a representative to the National City Elementary Teachers Association.**

---

**OFFICE OF ADMINISTRATIVE HEARINGS**  
560 J Street, Suite 300, Sacramento, CA 95814  
916-445-4926 phone / 916-323-6439 fax  
www.oah.dgs.ca.gov

State of California  
Department of General Services

February 13, 2003

Ms. Barbara Abeyta

San Diego, CA 92117

Re: In the Matter of Maura Larkins / Chula Vista Elementary School District

Dear Barbara,

Thank you once again for your invaluable service as a member of the Commission on Professional Competence in the above-referenced matter. A copy of our final opinion is enclosed. I am satisfied with the decision and with the message it sends to Ms. Larkins and others who mistakenly might believe that the immediate righting personal wrongs is more important than reporting for work.

A copy of a letter I sent to your superintendent is enclosed as well.

Finally, I have enclosed a memo dated June 6, 2002, concerning recovery of expenses. I hope that my failure to provide you with the enclosed materials has not caused you any difficulties. After completing the forms, please mail the claim to Office of Administrative Hearings, 560 J Street, Suite 300, Sacramento, CA 95814, Attention: Andrea Prychun.

If you have any questions, do not hesitate to contact me. The direct line to my chambers is (619) 525-4475.

With kind regards,

*[signature]*

James Ahler  
Administrative Law Judge  
Office of Administrative Hearings

---

| Regional Offices | | | |
|---|---|---|---|
| | 320 West Fourth Street, Suite 630, Los Angeles, CA 90013, 213 576-7200 phone, 213 576-7244 fax | 1350 Front Street, Room 6022, San Diego, CA 92101, 619 525-4475 phone, 619 525-4419 fax | 1515 Clay Street, Suite 206, Oakland, CA 94612, 510 622-2722 phone, 510 622-2743 fax |

**To Barbara Abeyta, Judge Ahler signed his name as "Jim Ahler." Unlike Olson, Abeyta didn't get an invitation to stop by.**

---

**What did Barbara Abeyta and Terry Olson get for being docile, cooperative and supportive of Judge Ahler's arbitrary and illegal actions?**

**They got the almost identical letters below sent to their school district superintendents**

They got the almost identical letters below sent to their school district superintendents.

### Letter to Terry Olson's Superintendent



**OFFICE OF ADMINISTRATIVE HEARINGS**
560 J Street, Suite 300, Sacramento, CA 95814
916 445-4926 phone | 916 323-6439 fax
www.oah.dgs.ca.gov

State of California
Department of General Services

February 13, 2003

James M. Choate, Superintendent
Fallbrook Union Elementary School District
Post Office Box 1698
Fallbrook, CA 92028-2108

Re: Terry Olson

Dear Superintendent Choate:

I recently had the privilege of serving with Terry Olson, an elementary school administrator employed by the Fallbrook Union Elementary School District, as one of three members of a Commission on Professional Competence.

Terry was well organized and carefully followed the evidence while the hearing was in progress. During deliberations Terry was thoughtful and extremely insightful concerning the sometimes conflicting responsibilities of teachers and administrators in pursuing the goal of providing a positive learning experience for all students. Terry constantly reminded us that student success is the primary obligation of all those who are employed by a school district and that personal considerations, while important, remain secondary to that goal. Her humor and engaging personality was very much appreciated.

I came away from the hearing with a profound respect for Terry and with a much greater appreciation of why the excellent reputation of the Fallbrook Union Elementary School District is so well deserved. Serving with Terry was a personal and professional pleasure and I am certain my feelings about Terry's competence are shared in your community.

I simply thought you would like to know the Fallbrook Union Elementary School District was very well represented by Terry Olson's participation on the commission.

With kind regards,

James Ahler
James Ahler
Administrative Law Judge
Office of Administrative Hearings
San Diego Regional Office

---

| Regional Offices | 320 West Fourth Street<br>Suite 630<br>Los Angeles, CA 90013<br>213 576-7200 phone<br>213 576-7244 fax | 1350 Front Street<br>Room 6022<br>San Diego, CA 92101<br>619 525-4475 phone<br>619 525-4419 fax | 1515 Clay Street<br>Suite 206<br>Oakland, CA 94612<br>510 622-2722 phone<br>510 622-2743 fax |

### Letter to Barbara Abeyta's Superintendent



OFFICE OF ADMINISTRATIVE HEARINGS

State of California
Department of General Services

560 J Street, Suite 300, Sacramento, CA 95814
916 445-4926 phone | 916 323-6439 fax
www.oah.dgs.ca.gov

February 13, 2003

Dr. George J. Cameron, Superintendent
National School District
1500 "N" Avenue
National City, CA 91950

Re:    Barbara Abeyta

Dear Superintendent Cameron:

I recently had the privilege of serving with Barbara Abeyta, an elementary school teacher employed by the National School District, as one of three members of a Commission on Professional Competence.

Barbara was well organized and carefully followed the evidence while the hearing was in progress. During deliberations Barbara was thoughtful and extremely insightful concerning the sometimes conflicting responsibilities of teachers and administrators in pursuing the goal of providing a positive learning experience for all students. She constantly reminded us that student success is the primary obligation of all those who are employed by a school district and that personal considerations, while important, remain secondary to that goal.

I came away from the hearing with a profound respect for Barbara and with a much greater appreciation of why the excellent reputation of the National School District is so well deserved. Serving with Barbara was a personal and professional pleasure and I am certain my feelings about Barbara's competence are shared in your community.

I simply thought you would like to know the National School District was very well represented by Barbara Abeyta's participation on the commission.

With kind regards,

*James Ahler*

James Ahler
Administrative Law Judge
Office of Administrative Hearings
San Diego Regional Office

---

| Regional Offices | 320 West Fourth Street<br>Suite 630<br>Los Angeles, CA 90013<br>213 576-7200 phone<br>213 576-7244 fax | 1350 Front Street<br>Room 6022<br>San Diego, CA 92101<br>619 525-4475 phone<br>619 525-4419 fax | 1515 Clay Street<br>Suite 206<br>Oakland, CA 94612<br>510 622-2722 phone<br>510 622-2743 fax |

---

*Letter to Judge Ahler, Terry Olson, and Barbara*
*Abeyta from Maura Larkins:*

*In the interest of justice, why don't you petition the court to set aside your decision? In your defense, you did not know that CVESD and CTA were guilty of crimes when you signed your angry decision.*

*But you knew that you were ignoring the law and the evidence.*

*Why not do the right thing? Why not do as the state of Alabama is now doing in the Rosa Parks case? Unfortunately, Alabama waited until Rosa Parks was*

*dead. Can you do better than that? No, I didn't think so. I just wanted to point out that you could, if you wanted, right the wrong you have committed.*

*Maura Larkins*

Copyright © 2006 Maura Larkins' San Diego Education Report. All Rights Reserved.