**EXHIBIT 16**

SAN DIEGO EDUCATION
REPORT
www.mauralarkins.com

# "J. H." Report

The complaint in this Jan 23, 2001 letter by Maura Larkins was **NEVER INVESTIGATED** by Rick Werlin or Chula Vista Elementary School District.

Why did J.H. want Maura Larkins to be fired?
Because Maura Larkins wrote this letter:

Home
Why This Website
SDCOE
CVESD
CTA
CVE
Stutz Artiano Shinoff
Silence Is Golden
Schools & Violence
Office Admin Hearings
Larkins OAH Hearing
Recommended Books
New Developments
SITE MAP
San Diego Ed Report Blog

| Home |
| Castle Park School |
| OAH Hearing |
| J. H. Report |
| A. S. Report |
| L. W. Report |
| M. S. Report |

(Exhibit R-19)

It's never too late to fix CVESD's and SDCOE's mistakes! It's time to end the culture of secrecy at Castle Park Elementary, CVESD and SDCOE. Nothing good can come of it. (UPDATE Jan 2007: Rick Werlin caused similar problems in Richmond, California, where a teacher was handcuffed in front of her second graders and led away by police for demanding that the school put an end to bullying. Rick Werlin, I'm afraid, has no appreciation for the perfect irony of the situation.

January 23, 2001

Dr. Donndelinger:

One year ago I first tried to report to you a problem with inappropriate behavior toward me on the part of a staff member. You dismissed the matter as insignificant. I have endured in silence. During the past few weeks, the problem has escalated into constant harassment. Please set up a meeting time to discuss the problem.

Sincerely,

Maura Larkins

This type of behavior is surprisingly common among administrators.

(Exhibit R-25 is below)

Clearly, this letter does not mention any names, but teacher J. H. stated in her deposition that she was afraid it might go into her personnel file.

Why on earth would she think that? A guilty conscience?

The principal NEVER scheduled a meeting with Maura Larkins about this problem.

Instead, she picked up the letter Maura Larkins placed on her desk, and went straight to J.H.'s classroom *during instruction time*, to get instructions on how to deal with the complaint!

Castle Park Elementary was NOT controlled by its principal.

It was controlled by J. H. and other powerful teachers, including former Castle Park teacher Gina Boyd, the President of CVE.

Maura Larkins did not belong to a protected class, but many administrators do not bother to protect victims of racial or sexual harassment, either.

Some lazy administrators prefer to let bullies, both adults and students, run schools while ..

**This problem doesn't just concern Castle Park Elementary. The entire California education**

establishment is involved.

**Every day, kids in many schools are sacrificed to petty politics.**

Many readers might not care about Maura Larkins personally, but they care about their kids. Her students were treated with shocking disregard by the principal and the school district. They fared so poorly that a very large number of them were urged to opt out of state-wide standardized testing at the end of the 2000-2001 school year. The following fall, the district tested them off the record. What were the results?

Student test scores have gone down.
But is the drop in teacher ability even more precipitous?
Many women, who in the old days would have become dedicated teachers, today become doctors, CPA's and CEO's. Who has replaced them?

People who probably would not have been hired as teachers in the old days.

Every school that I know of has some excellent teachers, and some who need more education to help them understand what their job is and how to do it.

I suggest better evaluation of teachers, including non-subjective testing, and using master teachers to guide beginning teachers until they have mastered their job.

I am happy to be out of Castle Park Elementary's sick culture. If you worked at Castle Park Elementary, with people like these, and these, once you got over the initial shock, you wouldn't really be sad to be out of there! But I want this school, which I loved since I was a first-grade student there, to become a law-abiding and education-centered place again.

Many people believe it is important that people who are successful in other fields should be allowed to go into teaching without FIRST going through a teaching program.

These candidates can take teacher education classes while they are on the job.

"I want to go back to Castle Park, a place that I have loved since I was six years old," says Maura Larkins. "Maybe I'll open a tutoring center across the street."

## February 6, 2001

J. H. waited outside the teacher work room at Castle Park Elementary for Maura Larkins on February 6, 2001. When Maura Larkins tried to exit the building, J. H. blocked her way temporarily, and verbally confronted Maura Larkins about the letter she had written.

J. H. screamed over and over ( in front of children playing at recess) as Maura Larkins walked away: "I did not do anything inappropriate to you!"

J. H. admitted UNDER OATH
that she confronted Maura Larkins on February 6, 2001 because she feared that she might get in trouble for harassing Maura Larkins.

She admitted that this was the reason she contacted
Asst Superintendent Richard Werlin.

Text of J. H. note
(at right):

Maura and I were both in the lounge doorway and I said,
**"Gretchen told me that you**

### Exhibit R-25
from Maura Larkins
Administrative Hearing



those administrators look the other way.

If victims complain, the administrators solve the problem simply by silencing them, using smear tactics and intimidation, rather than fixing the problem.

on administrative on administrative leave? It was because the district believed Robin Donlan's false allegations that Maura Larkins was violent and had a gun.
gun.

Robin Donlan reported as fact allegations of a mentally-ill, substance-abusing woman to police, made in an effort to deprive Maura Larkins of her inheritance from her father. (Yes, it sounds like a soap opera. Truth is just as strange as fiction.) Donlan was guilty of a crime for illegally obtaining that allegation from police files with the help of her brother, Michael Carlson. The district and CTA violated a different subsection of the same statute that Donlan violated.

Note to Reader
from Maura Larkins:

Yes, this is a story about small-minded people and petty behavior. Unfortunately, this happens to be the situation out of which felony obstruction of justice and other violations of law arose in San Diego

**submitted a written complaint about me."**

Maura said, "Gretchen lied. Would you like to see the letter that I wrote?"

"I've already seen it."
"You saw the letter that I gave to Gretchen?" she asked.
"Yes, I saw the letter."
Then she said, "You are part of the problem."
(Side insert) I said, "What is the problem?"
and "That's your perspective."
(Maura) "You have done many inappropriate things."
When I started to respond, she turned and walked away.



County. Anyone who wants to address the problem of the felonies needs to deal with the situation from which they arose.

Letter in San Diego Union Tribune about payments to Daniel Shinoff (6th letter 3/25/04)

The claims of these teachers were never investigated by the district.

They were simply acted upon in an extreme and irresponsible fashion by lazy administrator Rick Werlin.

What if L. W.'s claim that she feared Maura Larkins might kill her HAD BEEN BASED ON REALITY?

The district never investigated!

The district did not make sure to prevent either:

1) a tragedy;
or
2) the descent of an entire school into a frenzy of hysteria.

To this day, the district has never investigated this case.

Maura Larkins was dismissed for NOT COMING TO WORK because she eventually stopped returning to work after the district demanded on three separate occasions that she leave without ever documenting or investigating the allegations against her!

Maura Larkins

## February 10, 2001

### Saturday Night Phone Calls

Two teachers, J. H. and L. W., called Asst Superintendent Rick Werlin's home within minutes of each other on a Saturday night.

Rick Werlin testified *under oath* that this alarmed him deeply because it was so unusual for a teacher to contact him at home. This was a false statement (*perjury*). Teacher J. H. testified that *MR. WERLIN SUGGESTED to her that she call him at his home!*

Maura Larkins, when Maura Larkins, when she was placed on administrative leave administrative leave on Feb 12, 2001, "He (Werlin) has no choice." Boyd wanted the truth hidden to protect her close friend Robin Donlan. Robin Donlan.

Apr 3 01 To Werlin
Apr 4 01 From Werlin

Four days after the above incident, according to Asst. Superintendent Richard Werlin, Jo Ellen Hamilton called him at his home and said she feared for her life because Maura Larkins walked away from her. (At first Werlin also said that Linda Watson called him that night, but he later said only Mrs. Hamilton called.) The following Monday, Mr. Werlin placed Maura Larkins on administrative leave, but did not tell her that this incident was the reason. The district NEVER MADE ANY written record of the reasons Maura Larkins was placed on leave on February 12, 2001 until November 21, 2001. Barbara Abeyta, Terry Olson, and James Ahler at the Office of Administrative Hearings found that the district was right to place Maura Larkins on administrative leave because of the above-described incident.

Teacher J. H. told Richard Werlin that she feared for her life. Or did she? She swore under oath that she didn't. Richard Werlin swore that she did.
Who is lying?

*EITHER* J. H. NEVER CLAIMED TO FEAR FOR HER LIFE,
*OR* SHE COMMITTED PERJURY.

Either way, it is clear that her allegations should never have caused Maura Larkins to be removed from her classroom AND DISMISSED.

Did Chula Vista Elementary School District apologize to Maura Larkins or her students? No.

To some extent, what happened at Castle Park Elementary was a fluke. But it would not have happened if the teachers and administrators involved had possessed a belief in, and understanding of, the principles

Did lawyers Daniel Shinoff and Mark Bresee advise CVESD to keep lying so that the attorneys COULD KEEP MAKING MONEY?

In her deposition, L. W. said she never feared for her life, nor called Asst Superintendent Rick Werlin on February 10, 2001.

But she changed her story when Maura Larkins asked her if she would mind if her telephone records were subpoenaed. She said she had called Mr. Werlin, but she couldn't remember when or why.

Castle Park Elementary School culture was dysfunctional and lawless, and the last thing Shinoff wanted was to allow it to be fixed.

of American justice, and a culture of open communication and respect for people who are different from them.

The deposition of the Castle Park principal was kept under wraps by Elizabeth Schulman, the lawyer Maura Larkins had the bad fortune to hire. It is, however, a exhibit in a current subornation of perjury case.

## Questions for the future:

If problems were actually fixed, school attorneys wouldn't have as many billable hours, would they?

Is something more serious than a crime being covered up?

Such as Incompetence?

If this is how they treat adults, how safe are the kids in the classrooms controlled by these teachers?

### A Few Bad Apples-- Or Normal Human Behavior?

Concluded Massachusetts therapist and author Lauren Slater: "We have to judge the individuals who committed the horrible deeds, but we can't judge them through the lens of saying, 'I would never have done that,' ... because the Milgram experiments show that under orders, most of us will do that."

demanded an investigation before she would return to work a fourth time. The district refused to investigate.

But the district did not take action to dismiss Maura Larkins until a year later, AFTER Maura Larkins sued the district.

Dismissing someone for filing a lawsuit is a violation of Labor Code 1102.5.

School attorneys advised the district to violate two separate sections of the labor code.

SDCOE JPA lawyers also advised the district to obstruct justice and commit perjury, each of which is a felony.

A lawsuit for subornation of perjury has been filed.

Copyright © 2006 San Diego Education Report.
All Rights Reserved.