**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
Ray J. Artiano, Esq. (State Bar No. 88916)
Ljubiša Kostić, Esq. (State Bar No. 226668)
Richard E. Romero, Esq. (State Bar No. 247056)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUTZ ARTIANO SHINOFF & HOLTZ, APC,<br><br>Plaintiff,<br><br>v.<br><br>MAURA LARKINS, and DOES 1-100, inclusive<br><br>Defendant. | Case No. 07cv2202-WQH (Wmc)<br><br>Judge:   William McCurine, Jr.<br>Ctrm:    C<br>Date:    February 19, 2008<br>Time:    11:00 a.m.<br><br>*There will be no oral argument unless requested by the court*<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR REMAND**<br><br>COMPLAINT FILED:   10/05/07<br>TRIAL DATE:        None Set |

///

///

///

1

1    Plaintiff, STUTZ ARTIANO SHINOFF & HOLTZ, APC, hereby submits this Reply to
2  Defendant MAURA LARKINS' Opposition to Motion for Remand to notify the Court that this
3  matter has been fully briefed. Plaintiff is unable to further respond to Defendant's Opposition
4  as Defendant has failed to address any of the substantive legal issues raised in Plaintiff's Motion
5  to Remand.

7  DATED: February 8, 2008         STUTZ ARTIANO SHINOFF & HOLTZ
                                    *A Professional Corporation*

10                                  By:   *s/ Richard E. Romero*
                                          Ray J. Artiano
                                          Ljubiša Kostić
11                                        Richard E. Romero
                                    Attorneys for Plaintiff STUTZ ARTIANO
12                                  SHINOFF & HOLTZ, APC

13                                      email: rromero@stutzartiano.com

PROOF OF SERVICE

(State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106-6113.

On February 8, 2008, I served the following document(s):

Plaintiff's Reply to Defendant's Opposition to Motion for Remand

☒ **BY MAIL** by depositing in the United States Postal Service mail box at 2488 Historic Decatur Road, Suite 200, San Diego, California 92101, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Maura Larkins                    Defendant In Pro Per
1935 Autocross Court
El Cajon, CA 92019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2008

LINDA L. MOORE